# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| JANELLE PITTERSON, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAVORS LLC d/b/a THE CONTRACTS LOUNGE, and SAMIA BINGHAM,<br><br>Defendants. | Case No:  1:25-cv-03029<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6)** |

Please take notice that pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying memorandum of law and all prior pleading herein, Defendants Flavors LLC d/b/a The Contracts Lounge and Samia Bingham, by and through their undersigned counsel, move the Court for an Order dismissing the Class & Collective Action Complaint of Plaintiff Janelle Pitterson and for such other and further relief as the Court deems just and proper.

Date:  August 25, 2025

Respectfully submitted,

/s/ Roya Vasseghi
Roya Vasseghi
VASSEGHI LAW GROUP
9663-D Main Street
Fairfax, VA 22031
(703) 215-5358 Tel.
(703) 563-7401 Fax
roya@vasseghilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2025, a true and correct copy of the foregoing has been filed with the Clerk of Court and sent to the following via the CM/ECF system:

Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing, NY 11367- 1305
(718) 412-2421 (phone)
(718) 489-4155 (fax)
ekataev@consumerattorneys.com

*Counsel for Plaintiff Janelle Pitterson*

/s/ Roya Vasseghi