# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| JANELLE PITTERSON, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAVORS LLC d/b/a THE CONTRACTS LOUNGE, and SAMIA BINGHAM,<br><br>Defendants. | Case No: 1:25-cv-3029 (ENV) (CLP)<br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

On September 9, 2025, this Court issued an Order denying Defendants' Motion for Pre Motion Conference, finding that a pre-motion conference was unnecessary, stating that Defendants may proceed with their motion to dismiss, and directing Defendants and Plaintiff to file a joint proposed briefing schedule no later than September 23, 2025. Pursuant to the Court's September 9, 2025 Order, Plaintiff and Defendants submit the following joint proposed briefing schedule:

- September 26, 2025:  Defendants' Opening
- October 17, 2025:  Plaintiff's Opposition
- October 24, 2025:  Defendants' Reply

Dated:  September 23, 2025

/s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Janelle Pitterson*

Respectfully submitted,

/s/ Roya Vasseghi
Roya Vasseghi
VASSEGHI LAW GROUP
9663-D Main Street
Fairfax, VA 22031
(703) 215-5358 Tel.
(703) 563-7401 Fax
roya@vasseghilaw.com

*Counsel for Defendants*
*Flavors LLC d/b/a The Contract Lounge*
*Samia Bingham*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this September 23, 2025, a true and correct copy of the foregoing was electronically field via the Court's ECF system, which shall cause a copy of the same to be electronically served upon all counsel of record:

/s/ Emanuel Kataev, Esq.