October 31, 2025

**Via ECF Only**

        *Re: Pitterson v. Flavors LLC et al – 1:25-cv-03029 ENV-CLP*

Dear Honorable Judge Vitaliano,

    Defendants Flavors LLC d/b/a The Contracts Lounge ("Flavors") and Samia Bingham ("Bingham") (collectively "Defendants"), are represented by their undersigned counsel.

    Defendants inadvertently filed an unredacted exhibit in its Notice of Motion to Dismiss under Rule 12(b)(6) and Memorandum ISO Defendants' Motion to Dismiss under Rule 12(b)(6).

    When Defendants became aware of this, undersigned counsel's office contacted Judge Vitaliano's case manager, who assisted with sealing of the unredacted version of the documents.

    As a result, Defendants file, with this letter, a redacted version of the Defendants' Notice of Motion to Dismiss under Rule 12(b)(6) and Memorandum ISO Defendants' Motion to Dismiss under Rule 12(b)(6) and other related pleadings in this matter, which were previously filed on October 24, 2025.

    Defendants' counsel apologizes for the erroneous filing of the document and any inconvenience caused.

                                      Sincerely,

                                      VASSEGHI LAW GROUP

                                      Roya Vasseghi